UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

DEBRADRE D. JACKSON,

        Plaintiff,

v.

DOMINIC CORRAO,
and RONALD SAIRS,

        Defendants.

Case No. 16-cv-1454-pp

---

**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS DEFENDANT
(DKT. NO. 17)**

---

On August 2, 2017, two days before the defendants filed their motion for summary judgment, the plaintiff filed a motion asking the court to dismiss defendant Sairs as a defendant. Dkt. No. 17. The motion states that the plaintiff had reviewed the discovery, and concluded that defendant Sairs had no part in denying him access to medical care; indeed, the plaintiff says, Sairs is the only person who offered to help. Id. at 1.

The court **GRANTS** the plaintiff's motion to dismiss defendant Ronald Sairs as a defendant in this case, dkt. no. 17, and **ORDERS** that defendant Sairs is **TERMINATED** as a defendant.

The court has defendant Corrao's motion for summary judgment under

advisement.

Dated in Milwaukee, Wisconsin this 14th day of December, 2017.

BY THE COURT:

_____
**HON. PAMELA PEPPER**
**United States District Judge**